## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| BIOCONVERGENCE, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 1:19-cv-01745-SEB-TAB ) |
| JASPREET ATTARIWALA and SIMRANJIT JOHNNY SINGH a/k/a SIMRANJIT J. ATTARIWALA a/k/a SIM J. SINGH, | ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO RECONSIDER
MARCH 4, 2020 ORDER MODIFYING PRELIMINARY INJUNCTION**

Plaintiff BioConvergence d/b/a Singota Solutions ("Singota"), for its Motion to Reconsider March 4, 2020 Order Modifying Preliminary Injunction, states as follows:

1. On March 4, 2020, the Court issued an Order Modifying Preliminary Injunction ("Modifying Order") [Dkt. #156].

2. The Modifying Order was issued following Defendant Jaspreet Attariwala's February 12, 2020 "Response to Preliminary Injunction" [Dkt. #148].

3. There has been no change in circumstances which warrant granting Attariwala any relief from the terms of the prior injunction. As such, Singota respectfully requests the Court reconsider its Modifying Order. Singota's grounds for this Motion are more fully detailed in the attached Memorandum of Law in Support, filed contemporaneously herewith.

4. In the alternative, Singota respectfully requests the Court set an evidentiary hearing to allow for testimony and inquiry into the factual allegations raised in Attariwala's Response to Preliminary Injunction.

WHEREFORE, Singota respectfully requests the Court reconsider its March 4, 2020 Order Modifying Preliminary Injunction and reinstate the employment restrictions in the Preliminary Injunction, or in the alternative, set an evidentiary hearing on Attariwala's request for modification, and grant all other relief the Court deems appropriate.

Respectfully submitted

*s/ Christopher C. Murray*
Christopher C. Murray, Atty. No. 26221-49
Susan H. Jackson, Atty. No. 0090924 (OH)
Justin A. Allen, Atty. No. 31204-49
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076
*christopher.murray@ogletree.com*
*susan.jackson@ogletree.com*
*justin.allen@ogletree.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, a copy of the foregoing was sent to the following parties via First Class Mail.

Jaspreet Attariwala
Simranjit Johnny Attariwala
1390 Kenyon St., NW Apt. 32
Washington, DC 20010

*s/ Christopher C. Murray*