# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| BIOCONVERGENCE, LLC, <br>    d/b/s SINGOTA SOLUTIONS, <br><br>    Plaintiff, <br><br> vs. <br><br> JASPREET ATTARIWALA AND <br> SIMRANJIT JOHNNY SINGH a/k/a <br> SIMRANJIT J. ATTARIWALA a/k/a <br> SIM J. SINGH, <br><br>    Defendants. <br><br> JASPREET ATTARIWALA, <br><br>    Counter-Claimant, <br><br> vs. <br><br> BIOCONVERGENCE, LLC, <br><br>    Counter-Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:19-cv-01745-SEB-TAB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF/COUNTER-DEFENDANT'S AMENDED MOTION FOR SANCTIONS

Pursuant to Federal Rule of Civil Procedure 11 ("Rule 11"), 28 U.S.C. § 1927 ("Section 1927"), and the Court's inherent authority, and pursuant to this Court's Order Denying Plaintiff's Motion for Sanctions [Doc. 227], Plaintiff/Counter-Defendant BioConvergence LLC d/b/a Singota Solutions ("Singota") respectfully files this amended motion asking the Court, by its counsel, to impose sanctions against Defendant/Counter Claimant Jaspreet Attariwala's former counsel. The arguments and authorities in support of this motion are set forth in Singota's *Memorandum in Support of Plaintiff/Counter-Defendant's Amended Motion for Sanctions*, and are incorporated by reference.

WHEREFORE, Plaintiff/Counter-Defendant BioConvergence LLC d/b/a Singota Solutions respectfully moves the Court to issue sanctions pursuant to Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, and the Court's inherent authority against Defendant/Counter Claimant Jaspreet Attariwala's former counsel and to grant Singota all other appropriate relief.

    Respectfully submitted

    */s/ Christopher C. Murray*
    Christopher C. Murray, Atty. No. 26221-49
    Justin A. Allen, Atty. No. 31204-49
    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
    111 Monument Circle, Suite 4600
    Indianapolis, Indiana  46204
    Telephone:  317.916.1300
    Facsimile:   317.916.9076
    *christopher.murray@ogletree.com*
    *justin.allen@ogletree.com*

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 24, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to any parties registered for receipt of electronic filings by operation of the Court's CM/ECF system.

   In addition, on September 24, 2020, a copy of the foregoing will be sent by U.S. Mail first-class postage pre-paid to:

  Jaspreet Attariwala
  1390 Kenyon St., NW Apt. 323
  Washington, DC  20010

              */s/ Christopher C. Murray*

                   44345990.1