**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| BIOCONVERGENCE, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 1:19-cv-01745-SEB-TAB |
| JASPREET ATTARIWALA | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO ENTER SANCTIONS FOR CONTEMPT OF COURT ORDERS AND TO AMEND INSPECTION ORDER**

Plaintiff BioConvergence LLC d/b/a Singota Solutions ("Singota"), by counsel, respectfully files its Motion to Enter Sanctions for Contempt of Court Orders and to Amend Inspection Order and its brief and exhibits in support, which are filed contemporaneously and incorporated by reference.

WHEREFORE, based on the arguments, authorities, and evidence set out in its Brief, Plaintiff BioConvergence LLC d/b/a Singota Solutions, respectfully moves the Court:

- to order that the March 4, 2019 Agreed Order for Inspection of Computers and Electronic Information Storage Devices ("Inspection Order") [Doc. 4-1 at 97] is amended to allow Rebecca Green to provide to Singota and its counsel all data that she collects or has collected from any and all accounts and devices covered by the Inspection Order, the March 4, 2019 Stipulated Preliminary Injunction entered by the Monroe Circuit Court ("March 4, 2019 PI") [Doc. 4-1 at 91], and this Court's Preliminary Injunction dated December 18, 2012 [Doc.122];

1

- to order that Attariwala has engaged in willful contempt of the March 18, 2019 Supplemental Order Following Preliminary Injunction ("Expenses Order") [Doc. 4-1 at 138], the Inspection Order, the preliminary injunctions, and the April 16, 2019 Order Granting Motion to Show Cause Why Defendant Should Not Be Found in Contempt [Doc. 4-1 at PageID # 411] by refusing to pay for Rebecca Green's work under those orders and by attempting to circumvent those orders to attempt to obtain the return of data from Green outside the scope of the Inspection Order;

- to order that as a sanction for such willful contempt Attariwala has waived any objection based on any claim of privilege, other protection, or confidentiality to Green's providing data collected from any and all accounts and devices covered by the Inspection Order to Singota and its counsel for their review;

- to order as additional sanctions that Attariwala must reimburse Singota for its attorneys' fees and costs in making this motion and to reimburse both Singota and Rebecca Green their attorneys' fees, professional fees and expenses, and costs in responding to Attariwala's adversary proceeding filed against Green and in responding to Attariwala's subpoena to Green seeking the production of documents and data, including compensating Green at her ordinary professional rates for such work; and

- to award Singota and its expert, Green, such other relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Christopher C. Murray*
Christopher C. Murray, Atty. No. 26221-49
Justin A. Allen, Atty. No. 31204-49
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076
*christopher.murray@ogletree.com*
*justin.allen@ogletree.com*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to any parties registered for receipt of electronic filings by operation of the Court's CM/ECF system.

      In addition, on October 21, 2021, a copy of the foregoing will be sent by U.S. Mail first-class postage pre-paid to:

Jaspreet Attariwala
1390 Kenyon St., NW Apt. 323
Washington, DC  20010

                                        */s/ Christopher C. Murray*

44649324.1