UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BIOCONVERGENCE LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-01745-SEB-MG |
| ) | |
| JASPREET ATTARIWALA, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion to Hold Defendant in Contempt of Expenses Orders and to Sanction Her and to Order Former Attorneys to Disgorge Fees [Dkt. 419] and Motion for Leave to File Additional Evidence in Support of Pending Filings [Dkt. 460]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date:  8/18/2023

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JASPREET ATTARIWALA
1390 Kenyon St., NW Apt. 323
Washington, DC 20010

Justin A Allen
Ogletree Deakins Nash Smoak & Stewart, P.C.
justin.allen@ogletree.com

Jason Donald Clark
MCNEELY LAW LLP
JClark@McNeelyLaw.com

J. Lee McNeely
McNeely Law LLP
LMcNeely@McNeelyLaw.com

Christopher C. Murray
Ogletree Deakins
christopher.murray@ogletree.com

Meghan Eileen Ruesch
LEWIS WAGNER, LLP
mruesch@lewiswagner.com